**No. 52260.**—Butler & Co. et al. *v.* United States, protests 907041–G, etc. (New York).

Opinion by Kincheloe, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

Before the Third Division, April 8, 1948

**No. 52261.**—H. W. Baker Linen Co. et al. *v.* United States, protests 61892–K, etc. (New York).

Opinion by Ekwall, J. In accordance with stipulation of counsel the court found that the facts herein agreed upon were such as to bring the case within the holding in *John Barr* v. *United States* (11 Cust. Ct. 88, C. D. 801), which record was incorporated herein. (See *John Barr* v. *United States*, 324 U. S. 83.) In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

**No. 52262.**—B. Altman & Co. et al. *v.* United States, protests 65016–K, etc. (New York).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52263.**—American Mink Co., Inc., et al. *v.* United States, protests 105054–K, etc. (New York).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52264.**—Acme Distributing Co. et al. *v.* United States, protests 106393–K, etc. (Los Angeles).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 52265.**—Serge De Touloff et al. *v.* United States, protests 117737–K, etc. (Los Angeles).

Opinion by Ekwall, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.